UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
BALTAZAR POLICARPIO,

                Plaintiff,

    v.

YORKVILLE DELI MARKET CORP.

                Defendant.
----------------------------------------------------------------------X

Case No: 23-CV-10759 (PAE)(JW)

**STIPULATION EXTENDING TIME
 TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the undersigned, the attorney for the Defendant and the attorney for Plaintiff in the above-captioned action, that the time for defendant to answer, move or otherwise respond to the Complaint in this action, other than to contest service, may be extended to and including March 15, 2024.

Dated:  January 24, 2024
         Queens, New York

SPASOJEVICH LAW, P.C.

_____/S/_____
LAWRENCE SPASOJEVICH, ESQ.
9224 Queens Boulevard, #740010
Rego Park, New York 11374
Tel: (914) 487-3592
Email: ls@spasojevichlaw.com

*Attorney for Plaintiff*

_____/S/_____
ARTHUR H. FORMAN, ESQ.
98-20 Metropolitan Avenue
Forest Hills, New York 11375
Tel: (718) 268-2616
Email: ahf@ahforman.com

*Attorney for Defendant*

SO ORDERED:

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge
January 25, 2024