

# SPASOJEVICH LAW

9224 Queens Boulevard #740010
Rego Park, New York 11374

Phone: (914)-487-3592
Email: ls@spasojevichlaw.com

Hon. Jennifer Willis
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
**Filed via ECF**

> This request is GRANTED. All discovery deadlines are stayed pending the November 18, 2024, settlement conference. The Court reserves its decision on deadlines for the completion of discovery in the event the case is not settled at the conference. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> September 6, 2024

**RE:   Baltazar Policarpio vs. Yorkville Deli Market Corp.**
**         Docket No. 1:23-cv-10759-PAE (Joint Request for Stay of Discovery)**

Dear Judge Willis:

    I write on behalf of both parties in this action. Plaintiff and Defendant have engaged in the disclosure of documents and are actively engaged in good faith negotiations to resolve this matter. Currently, the parties are scheduled for a Pre-Settlement Conference phone call on October 31, 2024 and a Settlement Conference on November 18, 2024.

    In light of the approaching Settlement Conference and in order preserve resources of the parties in the interim, the parties respectfully request a stay of disclosure pending the outcome of the November 18, 2024 Settlement Conference as well as an extension of the deadline for completion of discovery to a date to be determined in the event settlement negotiations are not successful.

    I thank the Court for its attention to this matter.

                            Respectfully,

                              _____/S/_____
                              Brendan Tighe, Esq.
                              *Attorney for Plaintiff*